UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PAUL HOLIDAY,                                    )
                                                 )
                        Plaintiff,               )
                                                 )
            v.                                   )          No. 1:25-cv-01132-JRS-KMB
                                                 )
TRENT ALLEN Warden,                              )
GRAY Sgt.,                                       )
MAVES ARS Mrs.,                                  )
JD BALLENGER Classification,                     )
                                                 )
                        Defendants.              )

**Order on Motion to Proceed *In Forma Pauperis***

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **granted** to the extent that

the plaintiff is assessed an initial partial filing fee of Thirty-Four Dollars and Twenty-Two Cents

($34.22). *See* 28 U.S.C. § 1915(b)(1); *Whitaker v. Dempsey*, 83 F.4th 1059, 1061 (7th Cir.

2023) (stating that even a prisoner with $2000 in assets might be eligible to proceed *in forma*

*pauperis*). The plaintiff shall have **through July 28, 2025**, in which to pay this sum to the clerk of

the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated

to make monthly payments of 20 percent of the preceding month's income each month that the

amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C.

§ 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the

plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with

28 U.S.C. § 1915A.

Date: 6/25/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PAUL HOLIDAY
134027
PENDELTON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 W. Reformatory Road
Pendleton, IN 46064


Financial Deputy Clerk

Electronic notice to IDOC